No. 79–1320. KASSEL, DIRECTOR OF TRANSPORTATION, ET AL. *v.* CONSOLIDATED FREIGHTWAYS CORPORATION OF DELAWARE. C. A. 8th Cir. [Probable jurisdiction noted, 446 U. S. 950.] Motion of Association of American Railroads for leave to file a brief as *amicus curiae* granted.

No. 79–1601. SUMNER, WARDEN *v.* MATA. C. A. 9th Cir. [Certiorari granted, 448 U. S. 910.] Motion of petitioner for divided argument denied.

No. 79–1631. DEMOCRATIC PARTY OF THE UNITED STATES OF AMERICA ET AL. *v.* WISCONSIN EX REL. LA FOLLETTE ET AL. Sup. Ct. Wis. [Probable jurisdiction noted, 448 U. S. 909.] Motion of the Democratic Conference for leave to file a brief as *amicus curiae* granted. Motion of appellees for divided argument granted. Request for additional time for oral argument denied.

No. 79–1764. TEXAS DEPARTMENT OF COMMUNITY AFFAIRS *v.* BURDINE. C. A. 5th Cir. [Certiorari granted, 447 U. S. 920.] Motion of Lonny F. Zweiner, Esquire, to permit Gregory Wilson, Esquire, to present oral argument *pro hac vice* on behalf of petitioner granted.

No. 80–5311. IN RE HERNANDEZ; and
No. 80–5312. IN RE HERNANDEZ. Petitions for writs of habeas corpus denied.

No. 79–1640. SCHAD ET AL. *v.* BOROUGH OF MOUNT EPHRAIM. Appeal from Super. Ct. N. J., App. Div. Probable jurisdiction noted.

No. 80–195. METROMEDIA, INC., ET AL. *v.* CITY OF SAN DIEGO ET AL. Appeal from Sup. Ct. Cal. Probable jurisdiction noted.